Rel: April 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2024-0004

Paul M. Obert, Jr. v. Shirley Obert (Appeal from Jefferson Circuit Court: CV-23-902540).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.